THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEVIN SIMMONS, BILLIE OVERSTREET,
AND JAMES YOUNG, Each Individually and
on Behalf of All Others Similarly Situated                                    PLAINTIFFS

v.                                    Case No. 4:20-cv-00137-KGB

USABLE CORPORATION                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that defendant USAble Mutual Insurance Company's ("USAble") motion for summary judgment is granted. Judgment is entered in favor of USAble. The relief requested by plaintiffs Kevin Simmons, Billie Overstreet, James Young, S. Todd Miller, Scott Cavanaugh, and Janel Broadhurst is denied.

So adjudged this 30th day of September, 2021.

_____
Kristine G. Baker
United States District Judge